IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFAYETTE ANTWONE SMITH,

    Plaintiff,                        No. CIV S-06-2220 MCE DAD P

    vs.

G. SALAS, et al.,

    Defendants.             ORDER

_____/

        On March 8, 2007, plaintiff filed a document styled, "Motion of Excerpt," in which plaintiff contends that on February 28, 2007, he completed his administrative appeal and has now exhausted administrative remedies. Plaintiff is informed that this action was dismissed without prejudice on January 16, 2007, and that any further documents filed in this case will therefore be disregarded. Plaintiff is also informed that the exhaustion of administrative remedies must be completed prior to the filing of a suit in federal court. See McKinney v. Carey, 311 F.3d 1198, 1199-1200 (9th Cir. 2002) (holding that "§ 1997e(a) requires exhaustion before the filing of a complaint and that a prisoner does not comply with this requirement by exhausting available remedies during the course of the litigation."). Plaintiff may, of course, elect to file a new civil rights action if he has now exhausted the available administrative remedies.

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's March 8, 2007 motion of
2 excerpt shall be placed in the file and disregarded. Plaintiff is advised that documents filed by
3 plaintiff since the closing date will be disregarded and no orders will issue in response to future
4 filings in this action.

5 DATED: March 20, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9 DAD:4
smit2220.58