IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFAYETTE ANTWONE SMITH,

    Plaintiff,                        No. CIV S-06-2220 MCE DAD P

    vs.

G. SALAS, et al.,

    Defendant.                   <u>ORDER</u>

/

        This action was dismissed and judgment was entered on January 16, 2007.  On April 26, 2007, plaintiff filed a document styled, "Motion Of Excerpt" in which plaintiff contends that he has exhausted his administrative remedies and "would like to continue with this Civil Action."  Plaintiff was informed in the court's March 20, 2007 order that in the event he exhausted his administrative remedies after the filing this action, he must then file a new action.  Therefore, the plaintiff's "motion" will be placed in the file and disregarded.

DATED: May 10, 2007.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:4
smit2220.58b